**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY CLAYTON STOFLE,

    Petitioner,

 v.

I. D. CLAY, Warden,

    Respondent.
                              /

No. C 09-02847 SBA (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS**

    Petitioner has filed a request for an extension of time in which to file his opposition to Respondent's Motion to Dismiss. Having read and considered Petitioner's request, and good cause appearing,

    IT IS HEREBY ORDERED that Petitioner's request for an extension of time is GRANTED. The time in which Petitioner may file his opposition to Respondent's Motion to Dismiss will be extended up to and including **thirty (30) days** from the date of this Order.

    If Respondent wishes to file a reply brief, he shall do so no later than **fifteen (15) days** after the date Petitioner's opposition is filed.

    This Order terminates Docket no. 7.

    IT IS SO ORDERED.

DATED: 8/5/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.09\Stofle2847.EOT-Oppo.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY CLAYTON STOFLE,

        Plaintiff,

v.

WARDEN ID CLAY et al,

        Defendant.

Case Number: CV09-02847 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey C. Stofle V-12971
Sierra Conservation Center
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

Dated: August 5, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk