IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY CLAYTON STOFLE,

    Petitioner,

 v.

I. D. CLAY, Warden,

    Respondent.

No. C 09-02847 SBA (PR)

**JUDGMENT**

    Pursuant to the Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely signed today, this action is DISMISSED WITH PREJUDICE. 28 U.S.C. § 2244(d).

    IT IS SO ORDERED.

DATED: March 31, 2011

                          SAUNDRA BROWN ARMSTRONG
                          UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.09\Stofle2847.jud.wpd

<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF<br>CALIFORNIA | |
| JEFFREY CLAYTON STOFLE,<br>　　　　Plaintiff,<br>　v.<br>WARDEN ID CLAY et al,<br>　　　　Defendant.　　　　　　　／ | Case Number: CV09-02847 SBA<br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 5, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey C. Stofle V-12971
Sierra Conservation Center
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

Dated: April 5, 2011

　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.09\Stofle2847.jud.wpd　　　2

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\PRO-SE\SBA\HC.09\Stofle2847.jud.wpd     3